UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Garey Charles, <br><br> Plaintiff, <br> v. <br><br> Accounts Receivable Management, Inc.; and DOES 1-10, inclusive, <br><br> Defendant. | : <br> : <br> : <br> : <br> : Civil Action No.: 11-4520 <br> : <br> : <br> : <br> : <br> : <br> : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: September 13, 2011

Respectfully submitted,

PLAINTIFF, Garey Charles

/s/ Jody B. Burton

Jody B. Burton, Esq.
Bar No.: 71681
**LEMBERG & ASSOCIATES L.L.C.**
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666
jburton@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 13, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                      By  /s/ Jody B. Burton_____

                                          Jody B. Burton