UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Garey Charles, | : |
| | : |
| | : Civil Action No.: 11-4520 |
| Plaintiff, | : |
| v. | : |
| | : |
| Accounts Receivable Management, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE
## PURSUANT TO RULE 41(a)

Garey Charles ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: October 24, 2011

                                              Respectfully submitted,

                                              PLAINTIFF, Garey Charles

                                              /s/ Jody B. Burton

                                              Jody B. Burton, Esq.
                                              Bar No.: 71681
                                              LEMBERG & ASSOCIATES L.L.C.
                                              1100 Summer Street, 3rd Floor
                                              Stamford, CT 06905
                                              Telephone: (203) 653-2250
                                              Facsimile:  (203) 653-3424
                                              jburton@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 24, 2011, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Eastern District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                            By /s/ Jody B. Burton_____

                                                  Jody B. Burton